MICHAEL J. IOANNOU (SBN 95208)
mioannou@rmkb.com
LITA M. VERRIER (SBN 181183)
lverrier@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando St., #1400
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTRONIX CORPORATION, a New York Corporation,<br><br>Defendant. | CASE NO.  CV-10-02524 CW<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [Civil L.R. 6-1]<br><br>The Honorable Claudia Wilken |

Pursuant Civil L.R. 6-1, the parties stipulate that Defendant Altronix Corporation has up to and including July 22, 2010, within which to plead, answer or otherwise respond to the complaint in the above entitled action.

IT IS SO STIPULATED.

Dated: June 30, 2010                                    ROPERS, MAJESKI, KOHN & BENTLEY


                                                        By:  /s/ Michael J. Ioannou
                                                            MICHAEL J. IOANNOU
                                                            LITA M. VERRIER
                                                            Attorneys for Plaintiff Maxim Integrated
                                                            Products, Inc.

APPROVED
/s/ Claudia Wilken
Judge Claudia Wilken

RC1/5621683.1/NB

Stip. Extending Time to Respond to Complaint -
Case No. CV 10-02524 CW