MICHAEL J. IOANNOU (SBN 95208)
mioannou@rmkb.com
LITA M. VERRIER (SBN 181183)
lverrier@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando St., #1400
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTRONIX CORPORATION, a New York Corporation,<br><br>Defendant. | **CASE NO.  CV-10-02524 LHK**<br><br>**STIPULATION TO CONTINUE DEADLINE FOR MEDIATION; [~~PROPOSED~~] ORDER**<br><br>The Honorable Lucy H. Koh |

On August 30, 2010, this Court ordered that the parties complete the agreed-upon mediation on or before November 29, 2010.  (Docket No. 29.)  In accordance with the Order, the parties scheduled their mediation on November 23, 2010, with William Hebert.

Since said scheduling, however, the parties have been engaged in active settlement negotiations and wish to continue to attempt to settle the action prior to incurring additional substantial expenses.  As such, the parties hereto, by and through their respective counsel of record, hereby stipulate and respectfully request that the deadline for conducting mediation in this matter be extended from November 29, 2010, to December 30, 2010.

RC1/5758556.1/NB

Stip. To Continue Deadline for Mediation;
[~~Proposed~~] Order
Case No. CV 10-02524 LHK

Dated: November 12, 2010     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
MICHAEL J. IOANNOU
LITA M. VERRIER
Attorneys for Plaintiff MAXIM
INTEGRATED PRODUCTS, INC.

Dated: November 12, 2010     KELLEY DRYE & WARREN LLP

By: /s/ Andrea L. Calvaruso
ANDREA L. CALVARUSO
Attorneys for Defendant (*Pro Hac Vice*)
ALTRONIX CORORATION

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: November 12, 2010     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
MICHAEL J. IOANNOU
Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**ORDER**

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the deadline for conducting mediation in this matter is extended to December 30, 2010.

DATED: November 12, 2010

_____
LUCY H. KOH
Judge, United States District Court

- 2 -

RC1/5758556.1/NB

Stip. To Continue Deadline for Mediation;
[Proposed] Order
Case No. CV 10-02524 LHK